NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAN FRANCISCO TECHNOLOGY, INC.,**
*Plaintiff-Appellant,*

v.

**OATEY COMPANY,**
*Defendant-Appellee,*

AND

**WOODSTREAM CORPORATION,**
*Defendant-Appellee,*

AND

**CALICO BRANDS, INC., DYNA-GRO NUTRITION SOLUTIONS, LIXIT CORPORATION, MEAD WESTVACO CORPORATION, VITAMIN POWER INCORPORATED, AND 4-D DESIGN, INC.,**
*Defendants,*

AND

**UNITED STATES,**
*Defendant.*

---

2011-1338

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-2994, Judge Jeremy Fogel.

## ON MOTION

### O R D E R

Upon consideration of San Francisco Technology Inc.'s motions to dismiss its appeal,

IT IS ORDERED THAT:

    (1) The motions are granted.

    (2) Each side shall bear its own costs.

FOR THE COURT

**AUG 1 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Georgia E. Yanchar, Esq.
    Daniel H. Fingerman, Esq.
    Michael J. Lyons, Esq.

s19

Issued As A Mandate: **AUG 1 1 2011**

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**AUG 1 1 2011**

**JAN HORBALY**
**CLERK**